MEINRENKEN v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, First Department. June 23, 1905.) Action by Amelia S. Meinrenken against the New York Central & Hudson River Railroad Company. No opinion. Motion denied, with $10 costs.

MEYER v. AMERICAN RADIATOR CO. (Supreme Court, Appellate Division, Fourth Department. May 17, 1905.) Action by August Meyer against the American Radiator Company. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, and judgment ordered for the defendant on the verdict, with costs.

MILAGE, Appellant, v. WOODWARD, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 23, 1905.) Action by George Milage against Charles E. Woodward.

PER CURIAM. Order reversed, with costs, and motion for new trial denied.

WILLIAMS J., dissents.